UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ZARAGOZA-RIOS, Plaintiff, v. CITY OF CONCORD, Defendant. | Case No. 18-cv-06803-JCS <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT** <br><br> Re: Dkt. No. 13 |

Defendant City of Concord (the "City") moved to dismiss the original complaint filed by Plaintiff Erik Zaragoza-Rios. Rios has now filed an amended complaint, which supersedes his original complaint. The City's motion is therefore DENIED AS MOOT, without prejudice to any argument that the City might raise in response to the amended complaint.

**IT IS SO ORDERED.**

Dated: January 25, 2019

JOSEPH C. SPERO
Chief Magistrate Judge