John E. Hill, State Bar No. 45338
Scott Levy, State Bar No. 315862
LAW OFFICES OF JOHN E. HILL
A Professional Corporation
333 Hegenberger Road, Suite 500
Oakland, California 94621
Telephone: (510) 588-1000
Facsimile: (510) 633-2504
Email: johnhill@hill-law-offices.com
       scotthlevy@hill-law-offices.com

Attorneys for Plaintiff
ERIC ZARAGOZA-RIOS

Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com
       ahalby@bfesf.com

Attorneys for Defendants
CITY OF CONCORD and BRYAN FRANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZARAGOZA-RIOS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CONCORD, and BRYAN FRANKS, <br><br> Defendants. | Case No. 3:18-cv-06803-RS (JCS) <br><br> **STIPULATED REQUEST TO CONTINUE TRIAL AND RELATED DEADLINES;  ORDER AS MODIFIED BY THE COURT** <br><br><br> **Hon. Richard Seeborg** |

Plaintiff ERIC ZARAGOZA-RIOS and Defendants CITY OF CONCORD and BRYAN FRANKS, by and through their attorneys of record, hereby stipulate as follows:

1. Pursuant to the Court's Case Management Scheduling Order issued on October 10, 2019 (Dkt. No. 62) the following dates were set:

   a. Non-expert Discovery to be completed by April 27, 2020;

   b. Expert Disclosure to be served on May 11, 2020;

   c. Expert rebuttal to be served by on June 12, 2020;

   d. Expert Discovery to be completed by July 9, 2020;

   e. Dispositive motion hearing deadline of September 3, 2020;

   f.  Pretrial conference on December 2, 2020;

   g.  Trial is scheduled for January 29, 2021.

2. The Settlement Conference in this matter was scheduled to take place with Magistrate Judge Robert M. Illman on March 25, 2020 at the Court's San Francisco courthouse.

3. Due to the Coronavirus (COVID-19) and the resulting closure of the courthouses of the Northern District of California (See General Order Nos. 72, 73), Judge Illman held a Status Conference on March 18, 2020 regarding the March 25, 2020 Settlement Conference. Judge Illman offered the Parties the option of participating in the Settlement Conference remotely via telephone. Judge Illman indicated for the Parties to advise the Court of their position via a joint email update by March 20, 2020 regarding their position as to how the Settlement Conference should proceed. (See Dkt. No. 70.) The Parties agreed that an in-person Settlement Conference would be the appropriate form of ADR for this matter.  Judge Illman then set a Status Conference for April 15, subsequently moved to April 29, 2020, to address scheduling issues related to the Settlement Conference. (Dkt. Nos. 72 and 74.)

4. As a result of the continuance of the Settlement Conference, on March 20, 2020, the Parties submitted a stipulation seeking to extend the discovery deadlines in this matter to account for the delay in their attendance at the  Settlement Conference and to allow the parties to defer certain discovery until after a Settlement Conference could take place.  (Dkt. No. 71.)

5. The request was based on the fact that the Parties required additional time to conduct discovery following their attendance at a Settlement Conference, if the matter did not resolve at the same. For example, not extending the fact discovery deadline would have required the Parties to complete all discovery prior to attending the Settlement Conference. The request was further based on the fact that Plaintiff had seen a number of doctors in relation to his alleged injuries in this case and each of their depositions will be necessary if the matter does not resolve.

6. The Court approved the parties' stipulation (Dkt. No. 73), which reset discovery deadlines as follows:

   a.  Non-expert Discovery to be completed by June 27, 2020;

   b.  Expert Disclosure to be served on July 10, 2020;

   c.  Expert rebuttal to be served by on August 11, 2020;

1            d.      Expert Discovery to be completed by September 4, 2020.

2      7.      On May 28, 2020, Judge Illman vacated the April 29, 2020 Status Conference. (Dkt. No. 75.) On May 4, 2020, the Parties were contacted by Judge Illman's clerk, who noted: "Given the court's General Orders restricting courthouse access for the undetermined future, settlement conferences are now being scheduled to take place via Zoom video conference. Will Counsel please confer and agree on three dates on which all parties are available for settlement conference.  Then get back to me in one email with those dates, and I will set a settlement conference that suits the schedules of the parties and the court."

      8.      The Court has now reset the Settlement Conference for July 29, 2020, the first available date that works for the Parties and the Court. (Dkt. No. 76.)

      9.      As a result of COVID-19, the Settlement Conference in this matter has been delayed four months. To account for that delay, and in furtherance of the Parties' desire to defer certain discovery until after the Parties have an opportunity to attend a Settlement Conference, and consistent with the stipulation previously submitted to this Court on March 20, 2020, the Parties respectfully request the Court continue the trial in this matter by approximately one-hundred and twenty-days, or a date thereafter as is convenient to the Court. Absent a continuance of current deadlines, including the trial date, the Parties will be required to complete all discovery and complete expert disclosures before attending the Settlement Conference.

      10.     Previous time modifications in this matter are the following:

            a.      On November 16, 2018, the Parties submitted a stipulation to extend the District's responsive pleading deadline to Plaintiff's Complaint. (Dkt. No. 5.) The Parties respectfully requested the Court extend Defendant's responsive pleading deadline by fourteen (14) days pursuant to Northern District of California Local Rule 6-1(a). On November 20, 2018 the Court granted the Parties' stipulation to extend the responsive pleading deadline. (Dkt. No. 9.)

            b.      On November 30, 2018, the Parties submitted a stipulation to extend Plaintiff's time to file a First Amended Complaint. (Dkt. No. 11.). On December 4, 2018, the Court granted the Parties' stipulated request to extend the time for Plaintiff to file his First Amended Complaint. (Dkt. No. 12.)

            c.      On July 5, 2019, the Parties submitted a stipulation to extend Defendants' time to

respond to Plaintiff's Second Amended Complaint. (Dkt. No. 38.) On July 8, 2019, the Court granted the Parties' stipulated request to extend time for Defendants' responsive pleading to Plaintiff's Second Amended Complaint. (Dkt. No. 39.)

    d. On March 20, 2020 the Parties submitted a stipulated request to extend discovery deadlines, as set forth in Paragraphs four through six above. (Dkt. No. 73.)

 11. This is the Parties' first request to continue the trial date in this matter.

 12. For all the good cause stated above, the Parties respectfully request the Court continue the trial date and all related dates as follows:

    a. Non-expert Discovery to be completed by October 23, 2020;

    b. Expert Disclosure to be served on November 6, 2020;

    c. Expert rebuttal to be served by on December 11, 2020;

    d. Expert Discovery to be completed by January 8, 2021;

    e. Dispositive motion hearing deadline of January 14, 2021;

    f. Pretrial Conference on May 26, 2021.

    g. Trial on June 7, 2021.

 13. The Parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: May 22, 2020          THE LAW OFFICES OF JOHN E. HILL

                  By: */s/ Scott Levy*
                    John E. Hill
                    Scott Levy
                    Attorneys for Plaintiff
                    ERIC ZARAGOZA-RIOS

1 | Dated: May 26, 2020                                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     */s/ Amy Leifur Halby*
      Michael C. Wenzel
      Amy Leifur Halby
      Attorneys for Defendants
      CITY OF CONCORD and BRYAN FRANKS

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: May 26, 2020                                          By:     */s/ Amy Leifur Halby*
      Amy Leifur Halby

1  **ORDER**   AS MODIFIED BY THE COURT

2  GOOD CAUSE APPEARING THEREFORE, and the Parties' having stipulated to the same, the

3  Parties' stipulation is hereby APPROVED.  The Court orders the following deadlines:

4      a.    Non-expert Discovery to be completed by October 23, 2020;

5      b.    Expert Disclosure to be served on November 6, 2020;

6      c.    Expert rebuttal to be served by on December 11, 2020;

7      d.    Expert Discovery to be completed by January 8, 2021;

8      e.    Dispositive motion hearing deadline of January 14, 2021;

9      f.    Pretrial Conference on May 26, 2021.

10      g.    Trial on June 7, 2021.

12  IT IS SO ORDERED.

14  DATED: __May 27, 2020_____    _____

15      HONORABLE RICHARD SEEBORG
    United States District Court Judge